No. 637. VALENTINE *v.* LAMONT ET AL. Supreme Court of New Jersey. Certiorari denied. *Louis G. Morten* for petitioner. *Theodore Rabinowitz* for Lester Lamont et ux.; *Robert H. Doherty* for the Board of Education of Jersey City, New Jersey; and *Edmund S. Johnson* for Anthony J. Lamont, respondents.

No. 645. SYRACUSE COLOR PRESS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *James P. Burns, Jr.* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 649. RICH *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *John B. O'Brien* for petitioner.

No. 657. DUKE ET AL. *v.* RECONSTRUCTION FINANCE CORPORATION ET AL. C. A. 4th Cir. Certiorari denied. *Wilson K. Barnes* for Duke, *William Hoffenberg* for Kemper, and *Joseph Loeffler* for Mahle, petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the Reconstruction Finance Corporation, respondent.

No. 658. WHEATLAND ELECTRIC COOPERATIVE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *David P. Strickler* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.